# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 16-2961
_____

Ahmad J. Britton

Petitioner

v.

United States of America

Respondent

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:13-cr-00146-CDP-1)
_____

## JUDGMENT

Before COLLOTON, ARNOLD and SHEPHERD, Circuit Judges.

     Federal prisoner Ahmad Britton requests authorization to file a successive 28 U.S.C. § 2255 motion.  We deny the request as unnecessary because we conclude Britton has not previously filed a § 2255 motion triggering the authorization requirement.  *See Crouch v. Norris*, 251 F.3d 720, 723 (8th Cir. 2001).  In so doing, we express no view on whether Britton's claims are timely, waived, procedurally defaulted, or meritorious.  We hereby transfer the request for authorization to the United States District Court for the Eastern District of Missouri for consideration as a first § 2255 motion.

     Mandate shall issue forthwith.

July 19, 2016

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
     /s/ Michael E. Gans

# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

July 19, 2016

Mr. Ahmad J. Britton
FEDERAL CORRECTIONAL INSTITUTION
30551-044
P.O. Box 5000
Pekin, IL  61555-5000

      RE:  16-2961  Ahmad Britton v. United States

Dear Mr. Britton:

      Enclosed is a dispositive order entered today at the direction of the court.

      Pursuant to Section 106 of the Antiterrorism and Effective Death Penalty Act of 1996, the grant or denial of an authorization by a court of appeals to file a second or successive application shall not be appealable and shall not be the subject of a petition for rehearing or for a writ of certiorari.

                                        Michael E. Gans
                                        Clerk of Court

MDS

Enclosure(s)

cc:    Ms. Allison Hart Behrens
        Mr. Gregory J. Linhares
        Mr. Thomas S. Rea

      District Court/Agency Case Number(s):   4:13-cr-00146-CDP-1