To: Clerk of Court,

Requesting a copy of my Plea Agreement for case number: 4:13-CR-00146-CDP. I also need a copy of my Sentencing Transcript in which i'm not able to pay due to lack of money...

Sincerely,
Ahmad Bitton

Ahmad Britton #30551-044
FCI Pekin
Federal Correctional Institution
P.O. Box 5000
Pekin, Ill. 61555

PEORIA IL 616
23 AUG 2016 PM 1 L



⇔30551-044⇔
U S Court Clerk Office
111 S 10TH ST
Saint Louis, MO 63102
United States

RECEIVED
AUG 25 2016
BY MAIL