RECEIVED
NOV 02 2016
BY MAIL

United States District Court
Eastern District of Missouri

Ahmad Britton
Petitioner-Defendant,

V.

United States of America
Respondent-Plaintiff.

Case No. 4:13-CR-00146-CDP-1

## AMENDMENT 794 MOTION

COMES NOW petitioner Ahmad Britton ("defendant"), pro se, and submits this Motion Amendment 794.

The new retroactive amendment held in <u>United States v. Quintero-Leyva</u>, 2016 U.S. App. LEXIS 8989, No. 14-50509 (9th Cir. May 17, 2016) impacts defendant's sentence.

The United States Sentencing Commission and the Ninth Circuit's holding within <u>Quintero-Leyva</u> (2016) impacts defendant's sentence due to the minor role enhancement being applicable to defendant because he was "both less culpable than most other participants in his crime and also less culpable than the majority of those within the universe of persons participating in similar crimes." See <u>United States v. Teeter</u>, 257 F.3d 14, 30-31 (1st Cir. 2001) The Amendment generally adopted the approach of the Ninth and Seventh Circuits, stating that when a district court conducts an assessment of whether a defendant should receive a role reduction, the defendant is to be compared with the other participants in the crime, not

Case: 4:13-cr-00146-CDP   Doc. #: 303   Filed: 11/02/16   Page: 2 of 6 PageID #: 1271

with a hypothetical average participant. U.S.S.G. App. C. Amend. 794. The Commission explained that "[f]ocusing the court's attention on the individual defendant and the other participants is more consistent with the other provisions of Chapter Three, Part B." See U.S.S.G. App. C. Amend. 794; United States v. Rojas-Millan, 234 F.3d 464, 473 (9th. Cir. 2000); United States v. Davis, 938 F.2d 744, 747 (7th Cir. 1991).

**3B1.2** On November 1, 2015, the United States Sentencing Commission passed Amendment 794. The Commission did so because, after conducting an independant review, it found that minor role reductions were being "applied inconsistently and more sparingly than the Commission intended." U.S.S.G. App. C. Amend 794.

WHEREFORE Defendant ask that this court review defendant's case and grant a minor role reduction to defendant's sentence and resentence to the reflected sentence appropriate with this reduction.

Respectfully,
Ahmad Britton

Ahmad Britton #30551-044
FCI Pekin
Federal Correctional Institution
P.O. Box 5000
Pekin, Il. 61555

PEORIA IL 616
31 OCT 2016 PM 1 T



U/S Court Clerk Office
111 S 10TH ST
Saint Louis, MO 63102
United States



RECEIVED
OCT 31 2016
FCI PEKIN
MAIL ROOM

LeGal Mail

63102-1125



Mail Room
Federal Correctional Institution
P. O. Box 7000
Pekin, IL 61555-7000

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.