IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| v. | ) No. 4:13CR146CDP |
| AHMAD BRITTON | ) |
| Defendant. | ) |

## MOTION FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL PLEADING

COMES NOW Kevin C. Curran, First Assistant Federal Public Defender, and requests additional time to file a supplemental motion or notice in the above styled cause. Additional time is needed to review the file, confer with Defendant and gather necessary information to determine whether to file a supplemental pleading. Counsel requests an additional forty-five days, to and including January 14, 2021.

Respectfully submitted,

/s/Kevin C. Curran
KEVIN C. CURRAN, #29234MO
First Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Kevin_Curran@fd.org

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2020, the foregoing was served by operation of the Court's electronic filing system upon the United States Attorney.

/s/Kevin C. Curran
KEVIN C. CURRAN, #29234MO
First Assistant Federal Public Defender