IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| *Plaintiff-Respondent*, | ) |
| v. | ) 4:13CR00146-1 CDP |
| AHMAD BRITTON, | ) |
| *Defendant-Petitioner.* | ) |

**MOTION FOR LEAVE TO FILE DOCUMENT IN EXCESS OF 15 PAGES**

  Comes now First Assistant Federal Public Defender Kevin C. Curran to request leave to file Defendant's Reply to the Government's Response to his Supplemental Motion for Compassionate Release in excess of the ordinary 15-page limit for pleading in Local Rule 4.01(D). He makes this request in order to properly set out the basis for defendant's request for "compassionate release" based on "extraordinary and compelling" circumstances under 18 U.S.C §3582(c)(1)(A)(i), as amended by the First Step Act of 2018, based on chronic comorbidities that put him at greatly elevated risk of more serious infection and death from the COVID-19 pandemic.

                          Respectfully submitted,

                          /s/ Kevin C. Curran
                          KEVIN C. CURRAN, #29234MO
                          First Assistant Federal Public Defender
                          1010 Market Street, Suite 200
                          St. Louis, Missouri 63101
                          Telephone: (314) 241-1255
                          Fax: (314) 421-3177
                          E-mail: Kevin_Curran@fd.org

                          ATTORNEY FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 12, 2021, the foregoing was served by operation of the Court's electronic filing system upon the United States Attorney.

                                                 /s/ Kevin C. Curran
                                                 Kevin C. Curran #29234MO
                                                 First Assistant Federal Public Defender